# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| CHARLES C. FREIHOFER, III<br><br>*Plaintiff(s)*<br><br>v.<br><br>VERMONT COUNTRY FOODS, INC., NEW ENGLAND COUNTRY FOODS LLC, M. PETER THOMSON<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  2:17-cv-149 |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order (Document No. 47) filed July 9, 2019, the defendants' Motion for Summary Judgment (Document No. 35) is GRANTED.  JUDGMENT is hereby entered for defendants Vermont Country Foods, Inc., New England Country Foods LLC and M. Peter Thomson, against plaintiff Charles C. Freihofer, III.

Date:  July 9, 2019

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  7/9/2019

*/s/ Joanne A. Muir*
*Signature of Clerk or Deputy Clerk*